# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DONALD DEWITT and RICK CONRAD, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| UPRIGHT, INC., a California Corporation and ) | |
| HORIZON HIGH REACH, INC., a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____) | No. 99 C 7355 |
| UPRIGHT, INC., a California Corporation, ) | Judge Urbom |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUND & STAGECRAFT, INC., an Illinois ) | |
| corporation, ) | |
| ) | |
| Third-Party Defendant. ) | |
| _____) | |
| HORIZON HIGH REACH, INC., a Delaware ) | |
| Corporation, ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UPRIGHT, INC., a California Corporation, ) | |
| ) | |
| Cross-Defendant. ) | |

**FILED**
JUN 1 4 2004
Chief Judge Charles P. Kocoras
United States District Court

DOCKETED
JUN 1 7 2004

## STIPULATION TO DISMISS

Now come the parties to the foregoing cause by their respective attorneys and herewith stipulate that all disputes and causes of actions between the parties have been resolved and that said lawsuit may be dismissed, with prejudice, each party to bear its respective costs.



*[signature]*

Paul D. Richter
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
Attorneys for Plaintiffs

Dale G. Wills
Swanson, Martin & Bell
One IBM Plaza, Suite 2900
330 North Wabash Avenue
Chicago, Illinois 60611
(312) 923-8266
Attorneys for Upright, Inc.

Michael T. Sprengnether
Kralovec & Marquard, Chtd.
55 West Monroe Street, Suite 1000
Chicago, IL 60603
(312) 346-6027
Attorneys for Sound and Stagecraft, Inc.

John P. Lynch, Jr.
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 726-3800
Attorneys for Horizon High Reach & Equipment Co.

Paul D. Richter
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
Attorneys for Plaintiffs

Dale G. Wills
Swanson, Martin & Bell
One IBM Plaza, Suite 2900
330 North Wabash Avenue
Chicago, Illinois 60611
(312) 923-8266
Attorneys for Upright, Inc.

Michael T. Sprengnether
Kralovec & Marquard, Chtd.
55 West Monroe Street, Suite 1000
Chicago, IL 60603
(312) 346-6027
Attorneys for Sound and Stagecraft, Inc.

/s/ J. P. Lynch
John P. Lynch, Jr.
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 726-3800
Attorneys for Horizon High Reach &
Equipment Co.

Paul D. Richter
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
Attorneys for Plaintiffs

Dale G. Wills
Swanson, Martin & Bell
One IBM Plaza, Suite 2900
330 North Wabash Avenue
Chicago, Illinois 60611
(312) 923-8266
Attorneys for Upright, Inc.

_/s/ Michael Sprengnether_
Michael T. Sprengnether
Kralovec & Marquard, Chtd.
55 West Monroe Street, Suite 1000
Chicago, IL 60603
(312) 346-6027
Attorneys for Sound and Stagecraft, Inc.

John P. Lynch, Jr.
Cremer, Kopon, Shaughnessy & Spina, LLC
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 726-3800
Attorneys for Horizon High Reach & Equipment Co.

| | |
|---|---|
| _____ | *Dale S. Wills* (signature) |
| Paul D. Richter | Dale G. Wills |
| Rapoport Law Offices, P.C. | Swanson, Martin & Bell |
| 20 North Clark Street, Suite 3500 | One IBM Plaza, Suite 2900 |
| Chicago, IL 60602 | 330 North Wabash Avenue |
| (312) 327-9880 | Chicago, Illinois 60611 |
| Attorneys for Plaintiffs | (312) 923-8266 |
| | Attorneys for Upright, Inc. |
| | |
| Michael T. Sprengnether | John P. Lynch, Jr. |
| Kralovec & Marquard, Chtd. | Cremer, Kopon, Shaughnessy & Spina, LLC |
| 55 West Monroe Street, Suite 1000 | 180 North LaSalle Street, Suite 3300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| (312) 346-6027 | (312) 726-3800 |
| Attorneys for Sound and Stagecraft, Inc. | Attorneys for Horizon High Reach & Equipment Co. |

-2-